FILED

JUL - 5 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  MARTIN J. LAWLER (CSBN 77127)
     Lawler & Lawler
2    201 Filbert Street, Suite 400
     San Francisco, California 94133
3    Telephone: (415) 391-2010
     FAX: (415) 781-6181
4    Email: mlawler@aboutvisas.com
   Attorney for Plaintiff
5
6                       UNITED STATES DISTRICT COURT
7                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9  Azra Banafsheh Keynoush                )
                                            )
10         Plaintiff,                       )
                                            )   MOTION TO DISMISS
11     vs.                                  )
                                            )
12 David N. Still, District Director U.S.   )   C05-01846 MHP
13 Citizenship & Immigration Services       )
                                            )
14 Eduardo Aguirre, Jr., Director of the U.S.)
   Citizenship & Immigration Services       )
15                                          )
16 Michael Chertoff, Secretary of the       )
   Department of Homeland Security          )
17 _____ )

18       On May 4, 2005, plaintiff filed this mandamus action seeking to compel USCIS to

19 adjudicate her application for permanent residence. On June 21, 2005, USCIS approved

20 plaintiff's application. Accordingly, since there is no longer any controversy between the
21
   parties, plaintiff respectfully requests that this action be dismissed.
22
23 DATED: June 23, 2005                          Respectfully submitted,
24
25
26                                               _____
                                                 MARTIN J. LAWLER
27
28                                               IT IS SO ORDERED

   MOTION TO DISMISS              6/30/05       _____
                                                 U.S. DISTRICT JUDGE